# EXHIBIT 5

DocuSign Envelope ID: 0AC7FBCC-7B13-4AD3-92A8-FD0C3D4BE5FA

THE HONORABLE RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 18-cv-05275-RBL |

**DECLARATION OF AIDA GLOVER**

I, Aida Glover, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I first started playing High 5 Casino approximately 5 or 6 years ago when I retired.

2. I play High 5 Casino every day, multiple times a day.

3. Overall, I believe I have spent at least $10,000 on coins in High 5 Casino.

4. I believe I am addicted to High 5 Casino. I do not have kids and there really isn't a whole lot to do. This passes the time, but I have really gotten sucked into it. I have tried to quit but I believe three weeks is the longest amount of time I've ever been able to stop.

5. High 5 Casino really draws you into their game. It is very addicting because you get bonus coins, and they also put out a new game every Thursday. That keeps it exciting and gives me something new to look forward to. I believe it's a way for High 5 to keep people playing and spending.

6. I believe that High 5 Casino is unfair. My belief is that that they manipulate the machine by looking at the level you are on and how much you have spent. There are so many pop-up messages to try to get you to buy more coins and I think they intentionally do this when your coins are getting lower so you are much more likely to purchase.

7. Sometimes I feel guilty about playing High 5 Casino and spending so much money. My husband does not know I have spent money on it. My grandkids will sometimes ask for money and I can't give it to them because I have to save it for this game.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20 2020 at Yacolt, Washington.

*A da Glover*
AIDA GLOVER

DECLARATION OF AIDA GLOVER   1   CASE NO. 18-cv-05275-RBL