# EXHIBIT 6

# (ipad Lodged with Court)