GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
TIMOTHY LOOSE, SBN 241037
  tloose@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN WILKINSON, NANCY URBANCZYK, and LAURA PERKINSON, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>              Defendant. | Case No. 3:21-cv-02777-VC<br><br>**STIPULATION PURSUANT TO L.R. 6-1(A) TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Hon. Vince Chhabria |

Gibson, Dunn & Crutcher LLP

STIPULATION PURSUANT TO L.R. 6-1(A) TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:21-cv-02777-VC

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Kathleen Wilkinson, Nancy Urbanczyk, and Laura Perkinson ("Plaintiffs"), and Defendant Facebook, Inc. ("Defendant" and, collectively with Plaintiffs, the "Stipulating Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the above-captioned case on April 16, 2021;

WHEREAS, Defendant was served with the Complaint on April 19, 2021, making Defendant's response to Plaintiffs' Complaint due on May 10, 2021;

WHEREAS, the Stipulating Parties have agreed to extend Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint by 30 days;

WHEREAS, no prior extensions have been requested in this case, and the requested extension does not alter any event or deadline already fixed by Court order; the extension is therefore covered by Civil Local Rule 6-1(a) and does not require a Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Stipulating Parties through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to June 9, 2021.

Dated:  May 10, 2021         GIBSON, DUNN & CRUTCHER LLP


By: _____/s/ Christopher Chorba_____
Christopher Chorba

*Attorneys for Defendant Facebook, Inc.*

Dated:  May 10, 2021         EDELSON PC


By: _____/s/ Todd Logan_____
Todd Logan

*Attorneys for Plaintiffs and Proposed Class*

Gibson, Dunn & Crutcher LLP

1
STIPULATION PURSUANT TO L.R. 6-1(A) TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:21-cv-02777-VC

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Christopher Chorba, hereby attest that concurrence in the filing of this document has been obtained from Todd Logan.

Dated:  May 10, 2021

By: _____*/s/ Christopher Chorba*_____
　　　　　　Christopher Chorba

2

STIPULATION PURSUANT TO L.R. 6-1(A) TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:21-cv-02777-VC

Gibson, Dunn & Crutcher LLP