GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
TIMOTHY LOOSE, SBN 241037
  tloose@gibsondunn.com
ADRIENNE LIU, SBN 331262
  aliu@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

PAUL HASTINGS LLP
BEHNAM DAYANIM *(pro hac vice)*
  bdayanim@paulhastings.com
2050 M Street, NW
Washington, DC 20036
Telephone: 202.551.1700
Facsimile: 202.551.1705

SEAN D. UNGER, SBN 231694
ANDY LEGOLVAN, SBN 292520
  seanunger@paulhastings.com
101 California Street
San Francisco, CA 94111
Telephone: 415.856.7000
Facsimile: 415.856.7100

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILKINSON, NANCY URBANCZYK, and LAURA PERKINSON, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 5:21-cv-02777-EJD <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AS WELL AS PLAINTIFFS' EXECUTIVE COMMITTEE** <br><br> Hon. Edward J. Davila |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AS WELL AS PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 5:21-cv-02777-EJD

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Kathleen Wilkinson, Nancy Urbanczyk, and Laura Perkinson, and Defendant Facebook, Inc., hereby stipulate, subject to Court approval, to extend the dates set forth in the current briefing schedule on Plaintiffs' Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive Committee (Dkts. 28, 34).  In support of this Stipulation, the parties state as follows:

WHEREAS, Plaintiffs filed the above-captioned case on April 16, 2021 (Dkt. 1);

WHEREAS, the parties stipulated on May 10, 2021 to a 30-day extension for Facebook to respond to the Complaint (Dkt. 11);

WHEREAS, the parties stipulated on June 3, 2021 to a further 45-day extension for Facebook to respond to the Complaint (Dkt. 19);

WHEREAS, Plaintiffs filed their Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive Committee (the "Motion") on June 28, 2021 (Dkt. 28);

WHEREAS, Plaintiffs filed the same motion in *In re Apple Inc. App Store Simulated Casino-Style Games Litigation*, 5:21-md-02985-EJD (*Apple* MDL Dkt. 29), as well as in *In re Google Play Store Simulated Casino-Style Games Litigation*, 5:21-md-03001-EJD (*Google* MDL Dkt. 9), both on June 28, 2021;

WHEREAS, this Court ruled on June 30, 2021 that the above-captioned case is related to *In re Apple Inc. App Store Simulated Casino-Style Games Litigation*, 5:21-md-02985-EJD (Dkt. 32), and reassigned the above-captioned case to this Court (Dkt. 33);

WHEREAS, this Court on July 1, 2021 reset the Motion Hearing on the Motion to September 16, 2021 (Dkt. 34);

WHEREAS, the current briefing schedule provides that Facebook's response is due by July 12, 2021, and Plaintiffs' reply is due by July 19, 2021 (Dkts. 28, 34);

WHEREAS, Facebook contends that it requires additional time to respond to the Motion given the importance of the Plaintiffs' counsel management structure to the timing and management of the case, including potential cost, confidentiality and other considerations;

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AS WELL AS PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 5:21-cv-02777-EJD

Gibson, Dunn & Crutcher LLP

WHEREAS, the parties believe that, in the interest of efficiency, the briefing schedule on the Motion should align with the briefing schedules proposed on the same motion in the *Apple* and *Google* matters also pending before this Court (*Google* MDL Dkt. 10);

NOW, THEREFORE, subject to the approval of the Court, and for good cause shown, without prejudice to either Party, and with both parties reserving all rights, the parties hereby stipulate and agree as follows:

1. Facebook shall have up to and including August 9, 2021, to file its response to Plaintiffs' Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive Committee.
2. Plaintiffs shall have up to and including August 30, 2021, to file their reply brief in support of their Motion.
3. The hearing on Plaintiffs' Motion shall be held on September 16, 2021, consistent with the Court's Minute Entry from June 29, 2021 (Dkt. 30).

A [Proposed] Order is submitted concurrently.

Dated: July 12, 2021                   EDELSON PC

                                        By: _____/s/ Todd Logan_____
                                                    Todd Logan

                                        *Attorneys for Plaintiffs and Proposed Class*

Dated: July 12, 2021                   GIBSON, DUNN & CRUTCHER LLP

                                        By: _____/s/ Christopher Chorba_____
                                                 Christopher Chorba

                                        *Attorneys for Defendant Facebook, Inc.*

# ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Christopher Chorba, hereby attest that concurrence in the filing of this document has been obtained from Todd Logan.

Dated:  July 12, 2021

By: _/s/ Christopher Chorba_
Christopher Chorba

## [~~PROPOSED~~] ORDER

Having considered the parties' Joint Stipulation and [Proposed] Order Regarding the Briefing Schedule on Plaintiffs' Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive Committee, the Court hereby GRANTS the parties' Joint Stipulation. It is HEREBY ORDERED that the briefing schedule on Plaintiffs' Motion is as follows:

| Event | Deadline |
|---|---|
| Deadline for Facebook to file Response to Plaintiffs' Motion | August 9, 2021 |
| Deadline for Plaintiffs to file Reply in Support of Motion | August 30, 2021 |
| Hearing on Plaintiffs' Motion | September 16, 2021 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____July 12_____, 2021

_____
Honorable Edward J. Davila
United States District Court

4

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRETRIAL CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD COUNSEL AS WELL AS PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 5:21-cv-02777-EJD

Gibson, Dunn & Crutcher LLP