Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Wilkinson, et al.

Plaintiff(s),

v.

Facebook

Defendant(s).

Case No: 5:21-CV-02777

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Wesley W. Barnett, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Robert B. Salgado, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2154 Highland Avenue South<br>Birmingham, AL 35205 | 5755 Oberlin Drive, Suite 301<br>San Diego, CA 92121 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 930-9900 | (858) 333-4103 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wbarnett@davisnorris.com | rsalgado@davisnorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1514 Y84B.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/21/2021

Wesley W. Barnett
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Wesley W. Barnett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/22/2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*