GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
   cchorba@gibsondunn.com
TIMOTHY LOOSE, SBN 241037
   tloose@gibsondunn.com
ADRIENNE LIU, SBN 331262
   aliu@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

PAUL HASTINGS LLP
BEHNAM DAYANIM *(pro hac vice)*
   bdayanim@paulhastings.com
2050 M Street, NW
Washington, DC 20036
Telephone: 202.551.1700
Facsimile: 202.551.1705

SEAN D. UNGER, SBN 231694
ANDY LEGOLVAN, SBN 292520
   seanunger@paulhastings.com
101 California Street
San Francisco, CA 94111
Telephone: 415.856.7000
Facsimile: 415.856.7100

Attorneys for Defendant META PLATFORMS, INC.,
(f/k/a Facebook, Inc.), a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN WILKINSON, *et al.*,<br>        *Plaintiffs*,<br>v.<br>META PLATFORMS, INC. (f/k/a Facebook, Inc.), a Delaware corporation,<br>        *Defendant.*<br><br>HANNELORE BOORN,<br>        *Plaintiff*,<br>v.<br>META PLATFORMS, INC. (f/k/a Facebook, Inc.), a Delaware corporation,<br>        *Defendant.* | Case No. 5:21-cv-02777-EJD<br>Case No. 5:21-cv-02818-EJD<br><br>**DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF MOTION OF DEFENDANT META PLATFORMS, INC. TO DISMISS COMPLAINT UNDER SECTION 230 OF THE COMMUNICATIONS DECENCY ACT**<br><br>**Hearing:**<br>Date:    August 4, 2022<br>Time:   9:00 AM<br>Place:   Courtroom 4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF MOTION OF
DEFENDANT META PLATFORMS, INC. TO DISMISS COMPLAINT UNDER CDA § 230
CASE NO. 3:21-CV-02777-EJD

# DECLARATION OF CHRISTOPHER CHORBA

I, Christopher Chorba, declare and state as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter. I submit this declaration in support of Meta's Motion to Dismiss Complaint Under Section 230 of the Communications Decency Act. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts

2. Attached as **Exhibit A** is a true and correct copy of the *Facebook Platform Terms* in effect on the date that Plaintiffs' Master Complaint (Dkt. 80) was filed. The copy is from the Meta for Developers website, located at https://developers.facebook.com/terms, and was captured using the Wayback Machine (located at https://archive.org/web/). In their Complaint, Plaintiffs cite https://developers.facebook.com/policy as the URL for these terms. This page automatically re-directs to the URL provided above. Since the Master Complaint was filed, the *Platform Terms* were updated on February 8, 2022. They are now called the *Meta Platform Terms* and can be found at the same URL.

3. Attached as **Exhibit B** is a true and correct copy of the *Payments Terms* from the Meta for Developers website, last updated on April 15, 2021, and located at https://developers.facebook.com/policy/payments_terms.

4. Attached as **Exhibit C** is a true and correct copy of the *Developer Products* page from the Meta for Developers website, which is undated and located at https://developers.facebook.com/products.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April, 2022, in Los Angeles, California.

                                                   */s/ Christopher Chorba*
                                                   Christopher Chorba

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF MOTION OF
DEFENDANT META PLATFORMS, INC. TO DISMISS COMPLAINT UNDER CDA § 230
CASE NO. 3:21-CV-02777-EJD