# EXHIBIT C

 Meta for Developers



Business Tools

# Facebook Business Extension

Integrate your app with Facebook and reach millions of businesses.

→ Learn More

## DEVELOPER PRODUCTS

From using APIs to grow your business to the latest in emerging technology, Meta's developer tools can make your vision possible across multiple platforms.

Search by product 🔍

Filter By

## Meta for Developers

Gaming +

Open Source +

Publishing +

Social Integrations +

Social Presence +

# Artificial Intelligence

Advancing the field of machine learning to empower AI developers.



ARTIFICIAL INTELLIGENCE

## AI Research

∞ Meta for Developers

☰

OVERVIEW ↗

ARTIFICIAL INTELLIGENCE

## AI Tools

Deep learning frameworks and tools for research and production.

OVERVIEW ↗

ARTIFICIAL INTELLIGENCE

## Wit.ai

Turn what your users say into structured data your code can use.

OVERVIEW ↗

## AR/VR

Join the next generation of developers building in AR and VR.

 Meta for Developers



AR/VR

## Facebook 360

Create and share immersive stories, places and experiences.

OVERVIEW ↗

AR/VR

## Oculus

Create compelling VR experiences and reach passionate VR audiences.

OVERVIEW →

∞ Meta for Developers ☰

## Quill

A VR illustration and animation tool built to help empower artists and creators.

OVERVIEW ↗                                                                      DOCS ↗

AR/VR

## React 360

Use web tech to create content for audiences across mobile, web and VR.

OVERVIEW ↗                                                                      DOCS ↗

AR/VR

## Spark AR Studio

Bring your biggest AR ideas to life, no matter your level of experience. Get Spark AR Studio and unlock a whole new world of possibilities.

OVERVIEW ↗                                                                      DOCS ↗

# Business Tools

∞ Meta for Developers



BUSINESS TOOLS

## App Ads

Drive app installs and app engagement with ad campaigns on Facebook.

OVERVIEW →

BUSINESS TOOLS

## App Events

Track app events to measure, optimize, and target your Facebook ads.

∞ Meta for Developers

☰

DOCS →

---

BUSINESS TOOLS

## App Links

An open, cross-platform standard for app-to-app linking.

OVERVIEW →

---

BUSINESS TOOLS

## Commerce

Enable ecommerce solutions with tools to sell products across the Meta family of apps.

DOCS →

---

BUSINESS TOOLS

## Conversions API

Connect data to Facebook directly from your server.

DOCS →

 Meta for Developers

BUSINESS TOOLS

## Facebook Business Extension

Easily set up Facebook's best business tools into your platform for a one-stop shop.

OVERVIEW →

BUSINESS TOOLS

## Facebook Business SDK

Suite of SDK and APIs to help developers build business solutions on Facebook.

OVERVIEW →

BUSINESS TOOLS

## Facebook Login

A convenient and secure way for Facebook's billions of global users to log into your app or website.

OVERVIEW →

BUSINESS TOOLS

 Meta for Developers

Easily understand how your audience is engaging with your Facebook Page.

DOCS →

BUSINESS TOOLS

## Instagram

Tools to help businesses manage their presence on Instagram.

OVERVIEW →

BUSINESS TOOLS

## Instant Experience API

Tell your brand story with fast, full screen experiences on mobile.

OVERVIEW →                                            DOCS →

BUSINESS TOOLS

## Jobs on Facebook

Meta for Developers

☰

OVERVIEW →

BUSINESS TOOLS

## Marketing API

Solutions designed to help you improve your reach across the Meta family.

OVERVIEW →

BUSINESS TOOLS

## Messenger

Build rich conversations and experiences with our messaging toolbox.

OVERVIEW →

BUSINESS TOOLS

## Meta Pixel

Make conversion tracking, optimization and retargeting easier.

∞ Meta for Developers

BUSINESS TOOLS

## Official Events API

Learn more about solutions designed to help you save time creating and managing Facebook events.

OVERVIEW →

BUSINESS TOOLS

## Pages API

Learn how to publish content and easily manage your Facebook Pages.

DOCS →

BUSINESS TOOLS

## WhatsApp Business Platform

Connect with your customers and create personalized experiences that drive loyalty and cost savings.

LEARN MORE →

∞ Meta for Developers

Connect your whole business to get more done.

OVERVIEW →                                                          DOCS →

# Gaming

Access a suite of innovative gaming platforms and services



GAMING

## Cloud Games

∞ Meta for Developers ☰

OVERVIEW →

GAMING

## Gaming Services

Utilize the large social audience on Facebook to increase player acquisition and retention via Facebook Login for Gaming.

OVERVIEW →

GAMING

## Gaming Video

Enable gamers to connect with each other through live streams on Facebook Gaming.

OVERVIEW →

GAMING

## Instant Games

An HTML5 cross-platform, no download gaming experience in the Facebook app for both mobile and web.

∞ Meta for Developers

# Open Source

Meta believes in empowering community through open source technology.



OPEN SOURCE

## Data Portability

A platform that allows people to transfer their Facebook photos, videos and more to other apps and services.

OVERVIEW ↗                                      GITHUB ↗

∞ Meta for Developers                                      ☰

## Detectron2

Detectron2 is FAIR's next-generation platform for object detection and segmentation.

OVERVIEW ↗                                    GITHUB ↗

OPEN SOURCE

## GraphQL

A query language and execution engine tied to any backend service.

OVERVIEW ↗                                    GITHUB ↗

OPEN SOURCE

## Hydra

A framework for elegantly configuring complex applications.

OVERVIEW ↗                                    GITHUB ↗

OPEN SOURCE

∞ Meta for Developers                                                ☰

Zero configuration testing platform for JavaScript.

OVERVIEW ↗                                                    GITHUB ↗

OPEN SOURCE

## Open Source

Meta open source projects for the engineering community.

OVERVIEW ↗                                                 TUTORIALS →

OPEN SOURCE

## React

A JavaScript library for building user interfaces.

OVERVIEW ↗                                                    GITHUB ↗

OPEN SOURCE

## React Native

Build native mobile apps using JavaScript and React.

## Meta for Developers

≡

# Publishing

Interactive tools and services for creators, publishers and media



PUBLISHING

## Audience Network

A powerful way to help you monetize your mobile app.

OVERVIEW → 　　　　　　　　　　　　　　　　　　　DOCS →

∞ **Meta for Developers**

## Facebook Live API

Connect and engage with your followers in a fun and powerful way.

DOCS →

PUBLISHING

## Instagram

Tools to help businesses manage their presence on Instagram.

OVERVIEW →

PUBLISHING

## Instant Articles

A new way for any publisher to create fast, interactive articles on Facebook.

OVERVIEW ↗                                              DOCS →

**∞ Meta** for Developers

☰



SOCIAL INTEGRATIONS

## Frame Studio

Create art people can use in their Facebook photos and videos.

OVERVIEW →

SOCIAL INTEGRATIONS

## Group Plugin

Grow and engage your communities on Facebook.

⚆ **Meta for Developers**

☰

DOCS →

---

SOCIAL INTEGRATIONS

## Instagram

Tools to help businesses manage their presence on Instagram.

OVERVIEW →

---

SOCIAL INTEGRATIONS

## Sharing on Facebook

Let people share your app or site content in the moment across platforms.

OVERVIEW →                                                    DOCS →

---

SOCIAL INTEGRATIONS

## Sharing to Stories

Let your app's users creatively express themselves with your content on Facebook and Instagram Stories

**Meta for Developers**

SOCIAL INTEGRATIONS

## Social Plugins

A way to make your app or website social.

OVERVIEW →

# Social Presence

Engage in new ways with shared social experiences



**∞ Meta for Developers** ≡

Social experiences on Portal make connecting more meaningful and memorable.

OVERVIEW → DOCS →



## Get our newsletter

Sign up for monthly updates from Meta for Developers.

 Sign up

## Join our group

Like us on Facebook and join a community of fellow developers.

 Visit group