1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300 / Fax: 415.373.9435
4

5  *Interim Lead Counsel*

6  **[Additional Counsel Listed on Signature Page]**

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
10

| | |
|---|---|
| KATHLEEN WILKINSON, *et al.*, | Case No. 5:21-cv-02777-EJD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CREATE MASTER DOCKET AND NEW CAPTION FOR FACEBOOK ACTIONS** |
| v. | |
| META PLATFORMS, INC. (F/K/A FACEBOOK, INC.), | |
| Defendant. | Judge:   Hon. Edward J. Davila |
| HANNELORE BOORN, | Case No. 5:21-cv-02818-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CREATE MASTER DOCKET AND NEW CAPTION FOR FACEBOOK ACTIONS** |
| v. | |
| META PLATFORMS, INC. (F/K/A FACEBOOK, INC.), | |
| Defendant. | Judge:   Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING ADMIN. MOT.
CASE NOS. 5:21-CV-2777-EJD / 5:21-cv-02818-EJD

1

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

**[~~PROPOSED~~] ORDER**

Having considered the Plaintiffs' Administrative Motion to Create Master Docket and New Caption for Facebook Actions, the Court hereby GRANTS the Administrative Motion and ORDERS as follows:

1. The Clerk shall create a Master Docket and a Master File under the civil action number assigned to the first-filed federal case, No. 5:21-cv-2777-EJD, with the caption "*In re: Facebook Simulated Casino-Style Games Litigation.*" All docket entries regarding the Facebook Actions shall be docketed under the Master File Number, No. 5:21-cv-2777-EJD.

2. If a document pertains to only one or some of the Facebook Actions, it shall be docketed on the Master Docket with the notation in the docket text as to the case number(s) to which it pertains. The clerk shall note such filing in both the Master Docket and the docket of each such action, but that the paper shall only be filed in the Master Docket.

3. All papers previously filed and served to date in any of the Facebook Actions shall be deemed part of the record in 5:21-cv-2777-EJD.

4. Whenever a case that should be consolidated into the Facebook Actions is filed in, or transferred to, this District, the Parties shall file a Notice of Related Case(s) pursuant to Civil Local Rule 3-12. If the Court determines that the case is related, the clerk shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Serve on plaintiff's counsel in the new case a copy of this Order;

    (c) Direct that this Order be served upon defendants in the new case; and

    (d) Make the appropriate entry in the Master Docket.

5. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes, and this Order shall apply to every such related action, absent further order of the Court. Any party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to the above paragraph.

[PROPOSED] ORDER GRANTING ADMIN. MOT.
CASE NOS. 5:21-CV-2777-EJD / 5:21-cv-02818-EJD

2

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

IT IS SO ORDERED.

Dated: April 25, 2022

U.S. District Judge Edward J. Davila

[Proposed] Order Granting Admin. Mot.
Case Nos. 5:21-cv-2777-EJD / 5:21-cv-02818-EJD

3

Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435