

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 09, 2022

| | |
|---|---|
| Nos.: | 22-16888 x 22-16889   Cross Appeals |
| D.C. No.: | 5:21-cv-02777-EJD |
| Short Title: | Kathleen Wilkinson, et al v. Facebook, Inc. |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency may result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 09 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:<br><br>FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>------------------------------<br><br>KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; NANCY URBANCZYK, individually and on behalf of all others similarly situated; LAURA PERKINSON, individually and on behalf of all others similarly situated; MARIA VALENCIA-TORRES, individually, and on behalf of the proposed classes; MARY AUSTIN, individually, and on behalf of the proposed classes; PATRICIA MCCULLOUGH, individually, and on behalf of the proposed classes; ALISON KODA, individually, and on behalf of the proposed classes; GLENNA WIEGARD; CLOTERA ROGERS, individually, and on behalf of the proposed classes; CAROL SMITH, individually, and on behalf of the proposed classes; HANNELORE BOORN, individually, and on behalf of the proposed classes; JANICE WILLIAMS, individually, and on behalf of the proposed classes; JENNIFER | No. 22-16888<br><br>D.C. No. 5:21-cv-02777-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**TIME SCHEDULE ORDER** |

ANDREWS, individually, and on behalf of the proposed classes; DAWN MEHSIKOMER, individually, and on behalf of the proposed classes; DENISE WAX, individually, and on behalf of the proposed classes; FRANCES LONG, individually, and on behalf of the proposed classes; SANDRA MEYERS, individually, and on behalf of the proposed classes; STEVE SIMONS, individually, and on behalf of the proposed classes; VANESSA SOWELL SKEETER, individually, and on behalf of the proposed classes; DONNA WHITING, individually, and on behalf of the proposed classes; SHERI MILLER, individually, and on behalf of the proposed classes; PAUL LOMBARD, individually, and on behalf of the proposed classes; BEN KRAMER, individually, and on behalf of the proposed classes; ELEANOR MIZRAHI, individually, and on behalf of the proposed classes; JANICE WILSON, individually, and on behalf of the proposed classes,

   Plaintiffs - Appellees,

 v.

FACEBOOK, INC., a Delaware corporation,

   Defendant - Appellant.

| | |
|---|---|
| In re:<br><br>FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>-------------------------------<br><br>KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; NANCY URBANCZYK, individually and on behalf of all others similarly situated; LAURA PERKINSON, individually and on behalf of all others similarly situated; MARIA VALENCIA-TORRES, individually, and on behalf of the proposed classes; MARY AUSTIN, individually, and on behalf of the proposed classes; PATRICIA MCCULLOUGH, individually, and on behalf of the proposed classes; ALISON KODA, individually, and on behalf of the proposed classes; GLENNA WIEGARD; CLOTERA ROGERS, individually, and on behalf of the proposed classes; CAROL SMITH, individually, and on behalf of the proposed classes; HANNELORE BOORN, individually, and on behalf of the proposed classes; JANICE WILLIAMS, individually, and on behalf of the proposed classes; JENNIFER ANDREWS, individually, and on behalf of the proposed classes; DAWN MEHSIKOMER, individually, and on behalf of the proposed classes; DENISE WAX, individually, and on behalf of the proposed classes; FRANCES LONG, individually, and on behalf of the proposed classes; SANDRA MEYERS, individually, and on behalf of the proposed classes; STEVE SIMONS, | No. 22-16889<br><br>D.C. No. 5:21-cv-02777-EJD<br>U.S. District Court for Northern California, San Jose |

individually, and on behalf of the proposed classes; VANESSA SOWELL SKEETER, individually, and on behalf of the proposed classes; DONNA WHITING, individually, and on behalf of the proposed classes; SHERI MILLER, individually, and on behalf of the proposed classes; PAUL LOMBARD, individually, and on behalf of the proposed classes; BEN KRAMER, individually, and on behalf of the proposed classes; ELEANOR MIZRAHI, individually, and on behalf of the proposed classes; JANICE WILSON, individually, and on behalf of the proposed classes,

        Plaintiffs - Appellants,

v.

FACEBOOK, INC., a Delaware corporation,

        Defendant - Appellee.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Fri., December 16, 2022** | Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., March 20, 2023** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |

| | |
|---|---|
| **Thu., April 20, 2023** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Mon., May 22, 2023** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within 21 days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7