# Exhibit 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN WILKINSON, NANCY URBANCZYK, and LAURA PERKINSON<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant | CASE NO. 5:21-cv-02777-EJD<br><br>Hon. Edward J. Davila |

DECLARATION OF BEN KRAMER
Case No. 5:21-cv-02777-EJD

DocuSign Envelope ID: 380F9E4A-867C-40A9-8026-17F0918640D7

# DECLARATION OF BEN KRAMER

I, Ben Kramer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I discovered DoubleDown Casino in the Apple App Store. I wish I never had. I used to go to physical casinos, but I stopped after going through the Gamblers Anonymous program over a decade ago. I started playing DoubleDown because I thought it would be a harmless alternative to traditional casinos—the game was advertised as "free to play," you play without paying anything at first, and the payouts when you win don't involve real money. The fact that it was available on the App Store was appealing because I could play it on my phone whenever I wanted and wherever I was. And when I'm at home, I can play it through Facebook. But it wasn't long before I found out that DoubleDown is far from harmless or "free."

2. I quickly found myself addicted to the game, and there was no way to keep playing for free. I had to spend money or I would run out of coins. The game offers a few free coins each day, but they are not enough to allow you to keep playing for more than a few minutes. So I kept buying coins to keep playing, and I am still playing to this day. I spend an inordinate amount of time playing DoubleDown. In fact, I believe I play the game 48 hours per week on average.

3. There is no way to escape. Even when I'm not playing, ads pop up on Facebook every time I log in, even if I'm not logging in to play DoubleDown. The ads always offer 3, 4, or 5 times the amount of coins you can purchase at the regular price. Even when I tried to stop playing, these discounts were hard to turn down, and I couldn't log in to Facebook without seeing them. I actually was able to stop playing DoubleDown once, but I relapsed.

4. DoubleDown has affected my life in so many ways. First, the money I have spent on this game is hard to talk about. Overall, I believe that I have spent well over $220,000 playing DoubleDown.

5. The first time I got addicted to DoubleDown, my husband and I had to take out a $120,000 home equity line of credit to pay off the credit card debts I had built up from playing the game.

DECLARATION OF BEN KRAMER
Case No. 5:21-cv-02777-EJD

1

1. We were paying down this loan when I got hooked on DoubleDown again. To this day, the majority of my paycheck goes to paying off that debt.

6. Despite this debt, my husband and I still managed to get very close to paying off our mortgage. But in 2021, I got hooked on DoubleDown again, and I racked up well over $200,000 in new credit card debt this time around. We had to refinance our house in July 2021 and took another $140,000 from our home equity to pay down these debts. This set back the amount of time it will take us to pay off our mortgage by years, and it increased our mortgage payment.

7. My husband and I dreamed of paying off our house and retiring at age 60. My addiction to DoubleDown likely ruined that plan. The financial consequences have caused a lot of strain in our relationship. When I got hooked on DoubleDown again, I lied to my husband about the total amount I had spent because I was afraid he would divorce me if he were to find out the real amount. He found out anyway, and when he did, he contacted a divorce attorney to start the process of separation. Luckily for me, he decided to give me another chance. I am so thankful for his patience with me, but I feel terrible that I have put him through all this.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this 19th day of November 2021 in Redmond, Washington.



Ben Kramer

DECLARATION OF BEN KRAMER
Case No. 5:21-cv-02777-EJD

2