# Exhibit 2

DocuSign Envelope ID: 11CE87B2-5FCF-40D7-BF3D-9AABF573A622

|  |  |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**SAN JOSE DIVISION** |
| KATHLEEN WILKINSON, NANCY URBANCZYK, and LAURA PERKINSON<br><br>   Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant | CASE NO. 5:21-cv-02777-EJD<br><br>Hon. Edward J. Davila |

DECLARATION OF LAURA PERKINSON
Case No. 5:21-cv-02777-EJD

|   |   |
|---|---|
| 1 | **DECLARATION OF LAURA PERKINSON** |

I, Laura Perkinson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. In the early 90s, I was disabled in a car accident. Because I am not able to run or walk well, I spend a lot of time at home and depend on the Internet to stay in touch with friends. Because of that, Facebook means a lot to me, and I use it all the time. My online friends led me to social casinos, and after I signed up, I started to get emails and letters from them. At first, I did not follow up, but they kept giving me more and more offers that appeared to be great. I started playing many games through Facebook. Before I knew it, I found myself playing and paying way more than I should have. I could not have accessed social casinos without Facebook, but it was very easy to play them there.

2. At first, I played for only maybe an hour at a time or when I had any down time at all. When I lost my husband, I spent a lot more time playing these games, sometimes 4 to 5 hours a day.

3. Overall, I believe that I have spent between $10,000-$20,000 playing social casinos.

4. I was addicted to social casinos and I hate that. Having very little to do every day and getting so many offers that appear to be great makes you think you might actually win something. Yet, you don't. I didn't even realize they fix the games. If you ever get to a high amount of coins such as a billion, you will lose until you have to buy. If you don't buy you won't have enough coins to play longer than 10 minutes. At that point, they start bombarding you with offers that sound great. Even then if you buy in, you may have to do so 3 or 4 times before they make it so you can win. But I couldn't stop playing. This kind of loss put a huge strain on my ability to even buy food since I had spent money on a stupid game.

5. I believe social casinos were taking advantage of my addiction. Each day you get a small amount of free coins just to get you going and sucked in for the day. Those coins don't last long so you end up buying more in order to keep playing. Once you get down to a lower amount of coins they will instantly start flashing deals onto your screen. Instead of paying $49.99, you can get the same amount of coins for just $29.99. A lot of these are deals that you

DECLARATION OF LAURA PERKINSON
Case No. 5:21-cv-02777-EJD

1

can't resist at all. When I would get an email with some kind of offer, I would go play it, each and every time. Just as I was going to lose all the coins they gave me, I would almost win a big amount, which was enough to get me to pay more money.

6. This game hurt me and the worst part was that when my husband was alive, he would say, "You're not spending money on there are you?" and I lied. I hate that I have to live with that now.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this 19th day of November 2021 in Centralia, Washington.

*Laura Perkinson*
—AF216BBBCAF6499...

Laura Perkinson

DECLARATION OF LAURA PERKINSON
Case No. 5:21-cv-02777-EJD

2