UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-02985-EJD<br><br>**ORDER FOR ADDITIONAL BRIEFING**<br><br>Re: ECF No. 189 |
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-03001-EJD<br><br>Re: ECF No. 189 |
| IN RE: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-cv-02777-EJD<br><br>Re: ECF No. 189 |

The Court received the Joint Status Report submitted by the parties on January 7, 2026. "Status Report," ECF No. 189. In the Status Report, Defendants argue that the Ninth Circuit's grant of interlocutory review of the Section 230 issue under 28 U.S.C. § 1292(b) deprives the Court of jurisdiction while that appeal is ongoing. *Id*. at 5. Plaintiffs, meanwhile, report that they received Defendants' statement shortly before the filing deadline and did not have adequate time to respond to this issue. *Id.* at 4.

Case No.: 21-md-02985-EJD
ORDER FOR ADDITIONAL BRIEFING

1

The Court **ORDERS** that Plaintiffs submit additional briefing on the question of whether this Court retains jurisdiction to continue proceedings while the Ninth Circuit considers the Section 230 appeal. This briefing is **not to exceed six (6) pages** and should be submitted to the Court by **January 13, 2026, at 5:00pm PST**. Specifically, the briefing should address the following questions, raised in Defendants' portion of the Status Report: (1) Does the Ninth Circuit's acceptance of the interlocutory appeal deprive the Court of jurisdiction over this case while that appeal is pending?; (2) If not, can and should the Court exercise discretion to stay the case?; and (3) May the Court nonetheless proceed to issue orders on discovery?

The Court further **ORDERS** Defendants submit a reply of **no more than five (5) pages** on these same issues by **January 20, 2026, at 5:00pm PST.**

To allow time to consider this briefing, the Court **CONTINUES** that the January 13, 2026, Status Conference to **Tuesday, February 3, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 8, 2026

EDWARD J. DAVILA
United States District Judge

Case No.: 21-md-02985-EJD
ORDER FOR ADDITIONAL BRIEFING
2